## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | | |
|---|---|---|
| **LARRY LANGAS**, | ) | |
| | ) | |
| Plaintiff; | ) | **CASE NO.** 2:18-cv- |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | **COMPLAINT** |
| Defendant. | ) | |

**COMES NOW** Plaintiff Larry Langas, by and through his attorney, and for his Complaint states:

### GENERAL ALLEGATIONS

1. The jurisdiction of this Court is invoked pursuant to the Federal Torts Claim Act ("FTCA"), Sections 2671 through 2680 of Title 28 of the United States Code.

2. Plaintiff resides at 196 Peace Pipe Lane, East Dubuque, Illinois.

3. The alleged medical negligence occurred at the Iowa City, Iowa VA Medical Center in Johnson County, Iowa which is located in the Southern District of Iowa, Eastern Division.

4. Plaintiff is a veteran of the United States Army, and at all times material hereto, was a patient of the Iowa City, Iowa VA Medical Center.

5. In accordance with the FTCA, Plaintiff presented his claim in the amount of $465,300.00 to the Veterans Administration. On September 6, 2017 the VA denied the claim and pursuant to 28 U.S.C. § 2401(b) Plaintiff files this lawsuit.

6. This action is commenced within the appropriate time period set forth in the letter denying the claim dated September 6, 2017.

## NEGLIGENCE

7. Plaintiff incorporates by reference paragraphs 1 through 6.

8. On June 23, 2013, Plaintiff underwent a total left knee replacement at the Iowa City VA Medical Center.

9. After the left knee replacement Plaintiff was order by his physician at the Iowa City VA Medical Center to undergo physical therapy. The Iowa City VA Medical Center delayed in providing physical therapy to Plaintiff.

10. According to Defendant's own records the delay in Plaintiff receiving physical therapy treatment caused limited range of motion and pain in Plaintiff's left knee.

11. On September 23, 2013, Plaintiff underwent a manipulation with anesthesia in an attempt to regain motion and mobility in his left knee. The manipulation was not successful and Plaintiff's limited range of motion, pain, loss of full use of left leg is permanent.

12. The delay in the commencement of Plaintiff's physical therapy treatment was a negligent omission by the Iowa City VA Medical Center.

13. The delay in the commencement of physical therapy treatment was the proximate cause of the injuries and damages suffered by Plaintiff.

14. As a proximate result of Defendant's negligence Plaintiff has suffered from a loss of income; loss of earning capacity; past, present, future pain and suffering and loss of full use of body all to his detriment.

**WHEREFORE** Plaintiff Larry Langas requests judgment against Defendant as follows:

a) Damages in the amount of $465,300.00;

b) Plaintiff's costs in this action; and

c) Such further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff requests a jury trial on any and all issues related to this case.

DATED: February 1, 2018

Respectfully Submitted,

LARRY LANGAS, Plaintiff.

By: */s/James J. Roth*
    */s/ Emilie Roth Richardson*
James J. Roth, AT0006853
Emilie Roth Richardson, AT006851
ROTH LAW OFFICE, P.C.
1400 University Ave., Suite D
Dubuque, IA 52001
Phone: (563) 557-1611
Fax: (563) 557-9775
Email: jroth@rothlawdbq.com
        eroth@rothlawdbq.com